```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
           CASE NO. 06-14034-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

DAVID MCSWAIN,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on May 29, 2013.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing on July 10, 2014. A Report and Recommendation filed on July 10, 2014 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of July, 2014.

                                    _____
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Carmen M. Lineberger, AUSA
        Panayotta Augustin-Birch, AFPD
        David J. Farinacci, USPO
```